J. Stephen Peek, Esq.
Nevada Bar No. 1758
Joseph G. Went, Esq.
Nevada Bar No. 9220
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: (702) 222-2544
Fax: (702) 669-4650
Email: speek@hollandhart.com
         jgwent@hollandhart.com

*Attorneys for Branch Banking and Trust Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>R & S ST. ROSE, LLC,<br><br>           Debtor.<br>_____<br>BRANCH BANKING AND TRUST COMPANY,<br><br>           Appellant,<br>v.<br><br>R & S ST. ROSE LENDERS, LLC, et al.,<br><br>           Appellees. | USDC Case No.: 2:17-cv-01251-mmd<br><br>Bankruptcy Case No. 11-14974-mkn<br>Chapter 11<br><br>Adv. Proc. No.: 13-01182-mkn<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES TO FILE APPELLATE BRIEFS** |

The undersigned parties, by and through their attorneys of record, hereby stipulate and agree as follows.

1.      On February 12, 2018, this Court entered its Minute Order setting briefing deadlines. *See* ECF No. 25.

2.      Pursuant to the Minute Order, the opening brief is due on February 26, 2018, the answering briefs are due on March 12, 2018, and the reply brief is due on March 26, 2018.

3.      The parties hereto stipulate and agree to the extension of the above-mentioned deadlines as follows:

        a.      The opening brief shall be due on March 14, 2018;

10702564_1

HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

b.    The answering briefs shall be due on April 13, 2018; and

c.    The reply brief shall be due April 27, 2018.

. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .

HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

10702564_1

Page **2** of **3**

4.      This is the first request for an extension made by the parties to this appeal after the conclusion of the mediation.  This parties make this request in good faith and not for the purpose of delay.

DATED this 20th day of February, 2018.

HOLLAND & HART LLP

/s/ Joseph G. Went, Esq.
_____
J. Stephen Peek, Esq.
Joseph G. Went, Esq.
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV  89134
*Attorneys for Branch Banking and Trust Company*

SCHWARTZ FLANSBURG, PLLC

/s/ Samuel A. Schwartz, Esq.
_____
Samuel A. Schwartz, Esq.
6623 Las Vegas Blvd. So., Ste 300
Las Vegas, NV 89119-3246
*Attorneys for R&S St. Rose LLC*

GHANDI DEETER BLACKHAM

/s/ Nedda Ghandi, Esq.
_____
Nedda Ghandi, Esq.
Nevada Bar No. 11137
725 South 8th Street, Suite 100
South 6th Street
Las Vegas, NV 89101-6919

HOLLEY DRIGGS WALCH FINE WRAY PUZEY & THOMPSON

/s/ Ogonna M. Brown, Esq.
_____
Ogonna M. Brown, Esq.
Nevada Bar No. 7589
400 S. Fourth Street, 3rd Floor
Las Vegas, NV 89101

*Attorneys for R&S Investment Group*

EARLY SULLIVAN WRIGHT GIZER & MCRAE, LLP

/s/ Scott E. Gizer, Esq.
_____
Scott E. Gizer, Esq.
Nevada Bar No. 12216
601 South Seventh Street
2nd Floor
Las Vegas, NV 89101

*Attorneys for Commonwealth Land Title Insurance Company*

GARMAN TURNER GORDON

/s/ Talitha Gray Kozlowski, Esq.
_____
Talitha Gray Kozlowski, Esq.
Nevada Bar No. 9040
650 White Dr #100
Las Vegas, NV 89119

*Attorneys for the Creditor Group*

IT IS SO ORDERED:
_____
UNITED STATES DISTRICT JUDGE

DATED:      February 22, 2018
_____

HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134