David J. Merrill
Nevada Bar No. 6060
David J. Merrill, P.C.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 566-1935
E-mail: david@djmerrillpc.com
Counsel for Brian Shapiro, Trustee
of the R & S St. Rose Lenders, LLC
Liquidation Trust

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

In re:

R & S ST. ROSE, LLC,

      Debtor.

_____

BRANCH BANKING AND TRUST
COMPANY,

      Appellant,

      v.

R & S ST. ROSE LENDERS, LLC; R &
S ST. ROSE, LLC; R & S INVESTMENT
GROUP, LLC; COMMONWEALTH
LAND TITLE INSURANCE COM-
PANY; THE CREDITOR GROUP; and
THE U.S. TRUSTEE,

      Appellees.

Case No. 2:17-CV-01251-MMD
Bankruptcy Case No.: 11-14974-mkn
Chapter 11

*Stipulation and Order for Extension of
Time to File Answering Brief
(Second Request)*

The parties stipulate as follows:

1.     On April, 11, 2018, the Court entered a Stipulation and Order for Ex-
tension of Time to File Answering Brief because the parties were engaged in new
settlement discussions. (ECF No. 42.) The order required the appellees to file an an-
swering brief on or before April 27, 2018. (*See id.*)

2.      The parties stipulate to further extend the time for the appellees to file an answering brief to May 2, 2018.

3.      The reason for the requested extension is two-fold. First, to enable the parties to continue the settlement discussions, which are on-going. Second, special counsel for Appellee R & S St. Rose Lenders, LLC, who is drafting the answering brief, had a family emergency arise on April 19 that has continued through April 25.

4.      To enable the parties to engage in further settlement negotiations and accommodate counsel's family emergency, the parties stipulate that the appellees shall have up to and including May 2, 2018, to file their answering brief. The appellant shall then have up to and including May 16, 2018, to file any reply brief.

5.    The parties have not entered into this stipulation for any purpose of delay.

Dated this 26th day of April 2018.

David J. Merrill, P.C.

By:    /s/ David J. Merrill
       David J. Merrill
       10161 Park Run Drive, Suite 150
       Las Vegas, Nevada 89145
Attorney for Brian Shapiro as Trustee
of the R & S St. Rose Lenders, LLC Liq-
uidation Trust

Early Sullivan Wright Gizer & McRae,
LLP

By:    /s/ Scott E. Gizer
       Scott E. Gizer
       601 South 7th St., 2nd Floor
       Las Vegas, Nevada 89101
Attorneys for Commonwealth Land Ti-
tle Insurance Company

Holley Driggs Walch Fine Wray Puzey
& Thompson

By:    /s/ Ogonna M. Brown
       Ogonna M. Brown
       400 South 4th St., 3rd Floor
       Las Vegas, Nevada 89101
Attorneys for R & S Investment Group

Schwartz Flansburg, PLLC

By:    /s/ Samuel A. Schwartz
       Samuel A. Schwartz
       6623 Las Vegas Blvd. S., #300
       Las Vegas, Nevada 89119
Attorneys for R & S St. Rose, LLC

Holland & Hart LLP

By:    /s/ Joseph G. Went
       Joseph G. Went
       9555 Hillwood Drive, 2nd Floor
       Las Vegas, Nevada 89134
Attorneys for Branch Banking and
Trust Company

Ghandi Deeter Blackham

By:    /s/ Nedda Ghandi
       Nedda Ghandi
       725 South 8th Street, Suite 100
       Las Vegas, Nevada 89101
Attorney for Brian Shapiro as Trustee
of the R & S St. Rose Lenders, LLC Liq-
uidation Trust

Garman Turner Gordon

By:    /s/ Talitha Gray Kozlowski
       Talitha Gray Kozlowski
       650 White Drive, Suite 100
       Las Vegas, Nevada 89119
Attorneys for the Creditor Group

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
DATED: April 30, 2018

3